Tomlin v. Sawyer.

ENOS TOMLIN, PLAINTIFF IN ERROR, v. HENRY W. SAW-
YER, DEFENDANT IN ERROR.

On error to the Cape May Circuit.

For the plaintiff in error, *D. J. Pancoast.*

For the defendant in error, *W. E. Potter.*

PER CURIAM.   The judgment is affirmed for the reasons
given by the court below.

*For affirmance*—THE CHIEF JUSTICE, DIXON, KNAPP,
MAGIE, PARKER, SCUDDER, VAN SYCKEL, BROWN, COLE,
PATERSON.   10.

*For reversal*—None.

WILLIAM W. CAMPBELL, PLAINTIFF IN ERROR, v. CHARLES
HOLZAUER, DEFENDANT IN ERROR.

On error to the Supreme Court.

PER CURIAM.   The judgment below is affirmed for the
reasons given by the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE,
DIXON, MAGIE, PARKER, REED, SCUDDER, VAN SYCKEL,
BROWN, COLE, PATERSON, WHITAKER.   12.

*For reversal*—None.